1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  THE MILLER FIRM
   105 North Alfred Street,
3  Alexandria, Virginia 22314
   Telephone: (703) 519-8080
4  Facsimile: (703) 519-8084

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (SAN FRANCISCO DIVISION)

11

12  HIRAM HOLT, REPRESENTATIVE OF          **MDL NO. 1699**
    THE ESTATE OF BEVERLY HOLT,
13  VIRGIL JOHNSON, JEANNIE NIPP,            **District Judge:  Charles R. Breyer**
    JULIAN PEREZ, AND ELIZABETH
14  SPURGEON,                               **STIPULATION AND ORDER OF
                                            DISMISSAL WITHOUT PREJUDICE AS
15              Plaintiffs,                 TO PLAINTIFF JEANNIE NIPP**

16  v.                                      Case No.  06-CV-4418-CRB

17  PFIZER INC., PHARMACIA
    CORPORATION, and G.D. SEARLE, LLC,
18
                Defendants.
19

20

21        Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

22  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

23  Plaintiff, Jeannie Nipp, from this action without prejudice with each side bearing its own

24  attorney's fees and costs.

25        Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against

26  Defendant's, they should do so only by re-filing in the United States District Court.

27

28

                                                                        COMPLAINT

1

2    Dated:  April 18, 2007                    Respectfully submitted,

3                                              THE MILLER FIRM, LLC

4                                              By: _David C. Andersen_____

5                                              DAVID C. ANDERSEN

6

7                                              Michael J. Miller, VA Bar No. 19171
                                               J. Christopher Ide , VA Bar No. 19307
                                               David C. Andersen, CA Bar No. 194095
8                                              THE MILLER FIRM, LLC
                                               108 Railroad Avenue
9                                              Orange, VA 22960
                                               Telephone:  (540) 672-4224
10                                             Facsimile:  (540) 672-3055

11                                             Attorneys for Plaintiffs

12

13   Dated:  _5 - 22 - 07_____                 Respectfully submitted,

14                                             GORDON & REES

15

16                                             By _Stuart M. Gordon_____

17                                             STUART M. GORDON

18

19                                             CA Bar No.  37477
                                               GORDON & REESE
20                                             275 Battery Street, Ste. 2000
                                               San Francisco, CA 94111
21                                             Telephone: (415) 986-5900
                                               Facsimile:  (415) 262-3801

22                                             Attorneys for Defendants

23

24   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
     SO ORDERED**

25   Dated: _May 24, 2007___

26

27   _____
     Hon. Charles R. Breyer
28   United States District Court

     _ _ 2 _ _