1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  David C. Andersen, CA Bar No. 194095
   THE MILLER FIRM, LLC
3  108 Railroad Avenue
   Orange, VA 22960
4  Telephone: (540) 672-4224
   Facsimile: (540) 672-3055
5
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  (SAN FRANCISCO DIVISION)

11

| 12  WILFRED CARROLL, HIRAM HOLT, individually and on behalf of BEVERY HOLT, deceased, VIRGIL JOHNSON, BLANCA MUNOZ, individually and on behalf of FRANCISCO GARZA, JEANNIE NIPP, JULIAN PEREZ, and ELIZABETH SPURGEON, | **MDL NO. 1699** |
|---|---|
|  | **District Judge: Charles R. Breyer** |
|  | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF ELIZABETH SPURGEON** |
| Plaintiffs, | Case No. 06-CV-04418-CRB |
| v. |  |
| PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, |  |
| Defendants. |  |

22   Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

23  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

24  Plaintiff, Elizabeth Spurgeon, from this action without prejudice with each side bearing its own

25  attorney's fees and costs.

26   Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants,

27  they should do so only by re-filing in the United States District Court.

28

Dated: 7-16-07

Respectfully submitted,

THE MILLER FIRM, LLC

By: *David C. Andersen*
DAVID C. ANDERSEN

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

Attorneys for Plaintiffs

Dated: 7/23/07

Respectfully submitted,

GORDON & REES

By: *Stuart M. Gordon*
STUART M. GORDON

CA Bar No. 37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: July 25, 2007

Hon. Charles R. Breyer
United States District Court

-- 2 --                                                                                              COMPLAINT